65, 469-01 through -08

TO: CLERK OF THE COURT OF
CRIMINAL APPEALS
P O BOX 12308 CAPITAL STATION
AUSTIN, TEXAS 78711

12/23/2014

RE: FILING DATES / NUMBERS / OUTCOMES
OF C-3 0008220-0926958A-B-C-D-E-F-G-H
WR-65-469-01-02-03-04-05-06-07-08

DEAR CLERK,

PLEASE WOULD YOU GIVE ME THE DATES_NUMBERS_AND OUT-COMES OF THE ABOVE
CITED AND REQUESTED CASES ?

THANK YOU KINDLY FOR YOUR TIME AND PATIENCE.

SINCERLY,

PAIGE LOUIS BENNER #1278531
2101 FM 369 Nth ALLRED UNIT
IOWA PARK, TEXAS
76367-6568

PS IF AT ALL POSSIBLE COULD I PLEASE GET THE ORDER THAT WAS ISSUED FOR 0926958H ?

P.S. IF AT ALL

ccPERSONAL FILE

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk